# EXHIBIT A

# HARRIS ALTMAN
## INJURY LAWYERS

July 2, 2026

Parehati Feierduosi
47 Eagle Crest Drive
Unit 56
Lake Oswego, OR 97035

Re:    Tina Hagadorn vs. Parehati Feierduosi
Case No.  2026-72126-NI

Dear  Parehati Feierduosi:

Enclosed please find Summons, Complaint and Jury Demand which have been filed against you in the above matter.

**You should immediately turn these documents over to your automobile insurance carrier that insured you on the date of the accident.**

Should you have any questions or concerns in this regard, please feel free to contact our office.

Sincerely,

HARRIS ALTMAN, P.C.

*Bradley B. Harris*

Bradley B. Harris
(248) 502-3538 direct
Bharris@harrisaltman.com

BBH/a
Enclosures

30400 Telegraph Road, Suite 470 ▪ Bingham Farms, MI 48025 ▪ (888) 554-6736
Harris Altman, P.C. ▪ www.HarrisAltman.com ▪ Additional Office in Toledo

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | SUMMONS | CASE NO. |
|---|---|---|---|
| 48TH | JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | Emily W. Jipp P-80894 | 2026 721 26   NI |

**Court address**

113 Chestnut Street, Allegan, MI 49010

**Court telephone no.**

(269) 673-0300

**Plaintiff's name, address, and telephone no.**

TINA HAGADORN
C/O Bradley B. Harris (P54171)
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025
(248) 540-3100/Fax (248) 540-3136

**Plaintiff's attorney, bar no., address, and telephone no.**

BRADLEY B. HARRIS (P54171)
HARRIS ALTMAN, P.C.
30400 TELEGRAPH ROAD, SUITE 470
BINGHAM FARMS, MI 48025
(248) 540-3100/FAX (248) 540-3136

v

**Defendant's name, address, and telephone no.**

PAREHATI FEIERDUOSI
4345 NW Chanticleer Drive, Apt. B2
Portland, OR 97229-8768

INTERNATIONAL TRANS-GROUP LLC.
Attn: Vadim Traci, Registered Agent
9643 Waterford Place, Apt. 312
Loveland, OH 45140

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☑ Kent County Circuit Court _____ Court, where

it was given case number 25-03186-NF _____ and assigned to Judge HON. GEORGE QUIST _____

The action ☐ remains ☑ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 06/02/26 | 08/31/26 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

TINA HAGADORN,

      Plaintiff,

v.

                       Case No. 26- )a/a6    NI

PAREHATI FEIERDUOSI and             Hon.    Emily W. Jipp P-80894
INTERNATIONAL TRANS-GROUP LLC,
Jointly and Severally,

      Defendants.

_____/

BRADLEY B. HARRIS (P54171)
HARRIS ALTMAN, P.C.
Attorney for Plaintiff
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
(248) 540-3100
(248) 502-3538 (direct)
bharris@harrisaltman.com

There is a resolved civil action involving first-party no-fault PIP benefits in Kent County Circuit Court Case No. 25-03186-NF before Hon. George J. Quist arising out of the transaction or occurrence alleged in the complaint

    /s/ Bradley B. Harris
Bradley B. Harris (P54171)

## COMPLAINT

Plaintiff Tina Hagadorn by her attorneys Harris Altman, P.C., complains against Defendants Parehati Feierduosi and International Trans-Group LLC as follows:

## COMMON ALLEGATIONS

1.    The amount in controversy exceeds $25,000.00.

2.    Plaintiff Tina Hagadorn's original injury occurred in the City of Holland, Allegan County, Michigan.

3.    Plaintiff Tina Hagadorn is a resident of Grand Haven, Ottawa County, Michigan.

1

4.      Upon belief, Defendant Parehati Feierduosi is a resident of Portland, Oregon.

5.      Upon belief, Defendant International Trans-Group LLC is an Ohio limited liability company, which conducts business in Allegan County, Michigan.

6.      On or about April 10, 2024, Plaintiff Tina Hagadorn was driving a 2022 Mercedes- Benz postal truck bearing license plate 2329881 in a thru lane on the premises located at 899 Interchange Drive in the City of Holland, Allegan County, Michigan.

7.      On or about April 10, 2024, Defendant Parehati Feierduosi was driving a 2019 Freightliner Cascadia semi-truck bearing vehicle identification number 1FUJHHDR9KLKS0980 on the premises located at 899 Interchange Drive in the City of Holland, Allegan County, Michigan.

8.      The motor vehicle that Defendant Parehati Feierduosi was driving was owned by International Trans-Group LLC and was being driven by Defendant Parehati Feierduosi with the express or implied knowledge and consent of Defendant International Trans-Group LLC.

9.      If Defendant International Trans-Group LLC did not hold the legal title to the motor vehicle that Defendant Parehati Feierduos was driving, then it was the lessee of the motor vehicle under a lease which provided that it had exclusive possession, control and use of the motor vehicle for the duration of the lease and that it assumed complete responsibility for the operation of the motor vehicle for the duration of the lease.

10.     Then and there, Defendant Parehati Feierduosi was an employee of Defendant International Trans-Group LLC acting within the scope of his employment.

2

11.    In the alternative, then and there, Defendant Parehati Feierduosi was an agent of Defendant International Trans-Group LLC acting within the scope of his agency.

12.    Then and there, the motor vehicle that Defendant Parehati Feierduosi was driving moved from a parked position and struck the motor vehicle Plaintiff Tina Hagadorn was driving.

13.    Plaintiff Tina Hagadorn suffered multiple injuries including, without limitation, injuries to her head, neck, back, bilateral upper extremities, bilateral lower extremities, as well as anxiety, depression, and post-traumatic stress disorder. Some of her injuries are believed to be permanent.

14.    Defendant Parehati Feierduosi had the duty to exercise the care a reasonably careful person would use.

15.    Defendant Parehati Feierduosi breached his duty and was negligent in numerous respects including, without limitation, in:

a.    Failing to yield the right of way to the motor vehicle that Plaintiff Tina Hagadorn was driving, contrary to Rule 806 of the Uniform Traffic Code as adopted by ordinance by the City of Holland and otherwise;

b.    Failing to obey the instructions of a traffic-control device on private property, contrary to Rule 136b of the Uniform Traffic Code as adopted by ordinance by the City of Holland and otherwise;

c.    Driving a vehicle in a careless or negligent manner likely to endanger any person or property, contrary to MCL 257.626b and otherwise;

d.    Failing to drive his vehicle at a careful and prudent speed not greater than was reasonable and proper, having due regard for the conditions then existing;

3

e. Driving his vehicle at a speed greater than that which would permit a stop within the assured, clear distance ahead;

f. Failing to drive his motor vehicle as nearly as practicable entirely within a single lane;

g. Turning from a direct line without first determining that the turning could be made in safety;

h. Driving his vehicle when it was in such unsafe condition as to endanger a person, contrary to MCL 257.683(1) and otherwise;

i. Driving his vehicle when it was not equipped with brakes adequate to control the movement of and stop and hold the vehicle, contrary to MCL 257.705 and otherwise;

j. Otherwise failing to yield the right of way to the motor vehicle that Plaintiff Tina Hagadorn was driving;

k. Failing to maintain a proper lookout;

l. Failing to keep his vehicle under control; and/or

m. Otherwise failing to exercise reasonable care and caution.

16. Plaintiff Tina Hagadorn's injuries were a proximate result of the negligence of Defendant Parehati Feierduosi.

17. As a proximate result of the negligence of Defendant Parehati Feierduosi, Plaintiff Tina Hagadorn suffered serious impairment of body function.

18. As a proximate result of the negligence of Defendant Parehati Feierduosi, Plaintiff Tina Hagadorn suffered permanent serious disfigurement.

4

19. As a proximate result of the negligence of Defendant Parehati Feierduosi, Plaintiff Tina Hagadorn sustained the following damages, past and/or future:

    a.    Physical pain and suffering;

    b.    Mental anguish;

    c.    Fright and shock;

    d.    Denial of social pleasure and enjoyments;

    e.    Embarrassment, humiliation and mortification;

    f.    Disability;

    g.    Disfigurement;

    h.    Loss of income in excess of that payable as personal protection insurance benefits; and/or

    i.    Allowable expenses in excess of those payable as personal protection insurance benefits.

20. Defendant International Trans-Group LLC is liable for Defendant Parehati Feierduosi's negligence and resulting damages under the owner's liability statute, MCL 257.401.

21. Defendant International Trans-Group LLC is vicariously liable for Defendant Parehati Feierduosi's negligence and resulting damages as his employer or principal under the doctrine of respondeat superior or due to their agency relationship.

WHEREFORE, Plaintiff Tina Hagadorn requests a judgment against Defendants Parehati Feierduosi and International Trans-Group LLC, jointly and severally, in the amount to which she is found to be entitled together with costs, interest and attorney's fees.

5

Respectfully submitted,

HARRIS ALTMAN, P.C.

By:  /s/ Bradley B. Harris
      Bradley B. Harris (P54171)
Attorneys for Plaintiff
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
(248) 540-3100
(248) 502-3538 (direct)
bharris@harrisaltman.com

Dated:  June 1, 2026

6

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

TINA HAGADORN,

      Plaintiff,

v.

PAREHATI FEIERDUOSI and
INTERNATIONAL TRANS-GROUP LLC,
Jointly and Severally,

      Defendants.

Case No. 26- )2126    NI

Hon.

_____/

BRADLEY B. HARRIS (P54171)
HARRIS ALTMAN, P.C.
Attorney for Plaintiff
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
(248) 540-3100
(248) 502-3538 (direct)
bharris@harrisaltman.com

_____

## JURY DEMAND

Plaintiff Tina Hagadorn, by her attorneys Harris Altman, P.C., demands trial by jury.

Respectfully submitted,

HARRIS ALTMAN, P.C.

By:  _/s/ Bradley B. Harris_
Bradley B. Harris (P54171)
Attorneys for Plaintiff
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
(248) 540-3100
(248) 502-3538 (direct)
bharris@harrisaltman.com

Dated:  June 1, 2026